
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ERNESTO GODINEZ, a/k/a/ "Ernie"

18 CR 278

Violations: Title 18, United States Code,
Section 111(a) and (b)

JUDGE LEINENWEBER

MAGISTRATE JUDGE GILBERT

The SPECIAL AUGUST 2017 GRAND JURY charges:

On or about May 4, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

ERNESTO GODINEZ, a/k/a "Ernie",

defendant herein, did forcibly assault and interfere with Special Agent A, an officer and employee of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, an agency of the United States government, while Special Agent A was engaged in the performance of his/her official duties, and in committing such offense, ERNESTO GODINEZ, defendant herein, did use a deadly and dangerous weapon, namely a firearm, and did inflict bodily injury upon Special Agent A,

In violation of Title 18, United States Code, Section 111(a) and (b).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY