**ORDER**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
DOMESTIC RELATIONS DIVISION

~~[redacted]~~, Petitioner,

ERNESTO GODINEZ, Respondent.

Judge Maritza Martinez
MAR 2 8 2018
Circuit Court — 2131

No. 15 D 79272
Cal. 97

7549

## ORDER OF ALLOCATION OF PARENTING RESPONSIBILITES

This cause coming to be heard on [ ] Petitioner's [X] Respondent's motion for Allocation of Parenting Responsibilities, [X] the Petitioner; [ ] the Petitioner's attorney; [X] the Respondent; [ ] the Respondent's attorney appearing in open court, the parties reaching a full agreement in facilitation, and the court being fully advised in the premises,

**THIS COURT FINDS:**

A. The parties have reached a [X] full agreement or [ ] partial agreement on the Allocation of Parental Responsibilities and have submitted a [X] full Parenting Plan or [ ] partial Parenting Plan to the court.
B. The Parenting Plan submitted to the court is in the best interest of the minor children and fulfills the requirements of 750 ILCS 5/602.10.
C. Parentage of the minor child, ~~[redacted]~~ (DOB ~~[redacted]~~/20/12) has been established by Voluntary Acknowledgment of Paternity.

**IT IS HEREBY ORDERED:**

1. The attached Full Joint Parenting Plan, incorporating the agreed modifications to the prior parenting plan, is hereby adopted as an Order of the Court as if recited verbatim herein. All of the terms of the Parenting Plan shall be jointly and separately enforceable and shall, together with this order, become a FINAL JUDGMENT OF ALLOCATION OF PARENTAL RESPONSIBILITIES.
2. This matter is off-call.

Name: Lois E. Cornils
Atty. for: FOC
Address: 55 W. Washington, CL24
City/State/Zip: Chicago, IL 60602

ENTER: _[signature]_
Judge                                   Judge's No.


FILED  EW
5/17/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Def. Ex 1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Kathlyn Cardenas

v.

Ernesto Godinez

Judge Andrea M. Schleifer
MAR -8 2017
Circuit Court-2041

No. 15 D 79272

7619
4406

### ORDER

This matter coming to be heard for status pursuant to the Court's order of December 5, 2016, Respondent appearing in person and through counsel and Respondent tendering proof of parenting class completion to the Court, and the Court being advised;

It is hereby ordered:

1. Therapeutic parenting time shall take place on a weekly basis. Respondent ~~may~~ be responsible for setting appointments and communicating times and dates to Petitioner via talking parents;
2. Petitioner must bring child to therapeutic parenting sessions or make child available for one of Respondent's relatives or other third party to facilitate transportation;
3. This matter is set for status on therapeutic sessions on May 2, 2017 at 9:30am

Atty. No.: 118356

Name: Misty Gamino / JMLoving

Atty. for: Respondent

Address: 19 S. LaSalle #1500

City/State/Zip: Chicago IL 60603

Telephone: 312-407-6853

ENTERED:

Dated: _____

2131

Judge  MARITZA MARTINEZ  Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORDER

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
DOMESTIC RELATIONS DIVISION

KATHLYN CARDENAS
　　　　　　Petitioner,

Judge Maritza Martinez    No. 15 D 79272
OCT 25 2017               Cal. 97
Circuit Court – 2131

ERNESTO GODINEZ
　　　　　　Respondent.

4351
4406

## AGREED ORDER

This matter coming before the Court on status of minor child's therapy, the parties appearing in open court pro se, the parties presenting a letter from the child's therapist indicating that child is ready to start spending unsupervised parenting time with Father, and the court being fully advised in the premises,

### IT IS HEREBY ORDERED:

(1) Father shall have parenting time with minor daughter, Aubrey L. Godinez (DOB 05/20/12), as follows:
   a. Every other Saturday from 12PM to 4PM beginning 11/4/17. Father will pick up daughter from Mother's home at 12 PM and Mother will meet Father at 4PM at a mutually agreed location for the return the child. Father will text Mother with the location where Father and child will be at 4PM.
   b. During Father's parenting time, Father will take child out to do activities and spend one-on-one time with the child. Father will not take child to his home during his parenting time.
   c. On the weekends that Father does not have parenting time, Father and daughter will communicate with one another via FaceTime on Sunday.
(2) Because Mother is going to be traveling with the daughter from 12/25 through 1/5, Father will not have parenting time on 12/30/17. Parents will make up that parenting time on 12/23/17. Accordingly, Father will have daughter on the following Saturdays in December: 12/2, 12/16, and 12/23. Father's every other Saturday parenting time will resume on 1/6/18.
(3) Both parties shall return to court for status on parenting time on March 28, 2018 at 9:30 a.m. in Courtroom CL04, Richard J. Daley Center. Parties will meet with the facilitator on that date to review the progress of Father's parenting time and discuss an increased parenting time and a permanent parenting plan. This order shall remain in effect until further order of court.

_____        _____
　　　Mother                          Father

Name: Lois E. Cornils

Atty. for: FOC                    ENTER:

Address: 50 W. Washington St., Daley Ctr. CL24

City/State/Zip: Chicago, IL 60602     _____    2131
　　　　　　　　　　　　　　　　　　　Judge              Judge's No.
Telephone: _____

(21)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IRPO:

KATHLYN CARDENAS

       Petitioner
v.

ERNESTO GODINEZ
       Respondent

Judge Maritza Martinez
JUN 22 2017
Circuit Court - 2131

No. 15 D 79272

CAL. 97    4246
                 4351

### ORDER

This matter coming on to be heard on hearing date regarding Petitioner's Petition for Child Support and Other Relief; Petitioner and her counsel present; Respondent appearing Pro Se; and the Honorable Court being duly advised in the premises. IT IS HEREBY ORDERED THAT:

(1). Petitioner's Petition for Child Support and Other Relief is granted in so far needs-based Uniform Order for Support is entered in the amount of $500/mo., commencing on 06/22/17, retroactive to 04/12/17, date of filing, with $25/mo. additionally paid towards the resultant retroactive judgment of $1,167. ~. (2). Respondent, who is also ordered to maintain a job search diary, is referred to "Safer Foundation" for their employment services. (3). Respondent shall meet Petitioner and their daughter to at Brooks Park Pool Thursdays between 3:00 – 4:00 p.m., weekly, instead of therapeutic visitation. (4). Status date of 06/29/17 is stricken. (5). This matter is continued to 08/16/17 @ 9:30 a.m. ENTERED: for status regarding therapy at CPS.

Atty. No.: 40972
Name: KOUROSH ARAMI ESQ.
Atty. for: PETITIONER
Address: 53 W. JACKSON BLVD STE 1633
City/State/Zip: CHICAGO, IL 60604
Telephone: (312) 212-1399

Dated: _____

Judge **MARITZA MARTINEZ**    2131    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE: ☐ MARRIAGE ☐ CUSTODY    NO: 15 D 079272
☐ VISITATION ☐ PARENTAGE
☐ CIVIL UNION                      CALENDAR: 97
                                   Judge Daniel R. Degnan
__Godinez, Ernesto__
PETITIONER                         ☐ PREJUDGMENT MAR 02 2016
AND                                ☐ POST JUDGMENT
__Cervantes, Kathlyn__                         Circuit Court-2074
RESPONDENT

CIRCUIT COURT RULE 13.4(f) CONSOLIDATED REFERRAL ORDER: CONTESTED CUSTODY/VISITATION
EDUCATIONAL PROGRAM, ILLINOIS MARRIAGE AND DISSOLUTION OF MARRIAGE ACT

THIS MATTER having been represented as involving custody and/or visitation of the child(ren) of the parties,
IT IS HEREBY ORDERED that the matter is referred as follows:

A. TYPE OF REFERRAL AND AGENCY

☒ FOCUS ON CHILDREN parent education program (FOCUS); George W. Dunne Building, 69 W.
Washington, Suite 1000, Chicago, IL 60602; Telephone: (312) 603-1550 FAX: (312) 603-1588 or
Suburban Municipal District _____ located at _____
For ☒ Petitioner (7288)    ☒ Respondent (7289)    ☐ Focus Class in Spanish

Focus on Children fee assessed for attendance, to be collected by the Clerk of the Circuit Court of County is:
☒ $25.00  ☐ $ Set at _____  ☐ Waived   To be paid by ☒ Petitioner   ☒ Respondent

☒ Marriage and Family Counseling Service (MFCS); George W. Dunne Building, 69 W. Washington, Suite
(4578) 1000, Chicago, IL 60602; Telephone: (312) 603-1540 FAX: (312) 603-9842 or
Suburban Municipal District _____ located at _____
For ☒ Mediation ☐ Conciliation ☐ Reconciliation ☐ Emergency Intervention
Nature of Emergency: _____
ISSUE(S) __Parenting Time__

Please check if applicable: ☐ FOCUS ON CHILDREN IS A PRECONDITION TO MEDIATION.
The parties and their attorneys are ordered to contact MFCS immediately when Emergency Intervention has
been ordered.

☐ Office of Adoption and Child Custody Advocacy; Cook County Building, 118 N. Clark, Room 806,
4572 Chicago, IL 60602; Telephone: (312) 603-0550 FAX: (312) 603-9909 (contact Director)
For ☐ General Study ☐ Specific Study ☐ Other
ISSUE(S) _____

(Page 1 of 3)

☐ Forensic Clinical Services (FCSD); George W. Dunne Building, 69 W. Washington, Suite 1000, Chicago, IL 60602; Telephone: (312) 603-1584 FAX: (312) 603-9842 (contact Administrator-Domestic Relations Program)
4617
ISSUE(S) _____

☐ Private resources for ☐ Mediation ☐ 604(b) Evaluation ☐ 604.5 Evaluation ☐ Other Evaluation
                        4618           4621               4622           4623

Name: _____
Address: _____
Telephone and Contact: _____
Costs shall be paid by: _____
ISSUE(S): _____

**B. SPECIAL CONSIDERATIONS**
☐ Pending DCFS Investigation    ☐ Order of Protection    ☐ Shelter Care    ☐ Other Pending Proceedings

**C. Identification of Parties, Children, Attorneys**

Child(ren)'s Full Name(s)    Age    Date of Birth    Residential Address

α Aubrey Godinez    3    May 20, 2012    5541 S. Homan

Petitioner:
Name: Ernesto Godinez
Address: 4345 S Wood
Date of Birth: 5/9/90
Tel. No: (H) (773) 886 8064
(W) _____

Petitioner's Attorney
Name: _____
Address: _____
Tel. No: _____
Fax: _____

α Respondent:
Name: Kathlyn Cardenas
Address: 5541 S. Homan
Date of Birth: 11/15/91
Tel. No: (H) 708 843 2819
(W) _____

Respondent's Attorney
Name: _____
Address: _____
Tel. No: _____
Fax: _____

Other:
Name: _____
Address: _____
_____
Date of Birth: _____
Tel. No: (H) _____
(W) _____

Other's Attorney
Name: _____
Address: _____
_____
_____
Tel. No: _____
Fax: _____

Child's Representative/Guardian Ad Litem/Attorney for Child
Name: _____
Address: _____
_____
Telephone: _____
Fax: _____

☐ 4574
D. Unless otherwise provided by court order, all Forensic Clinical Services Department (FCSD) evaluation, Office of Adoption and Child Custody Advocacy reports and reports or evaluations for Private Resources shall be in writing and sent to the Court and all attorneys of records 10 days prior to the date set forth in paragraph E. below.

☐ 4406
E. This matter is set for status on __6-29-16__ at __9:30__ m. in Room __CL04__ At the courtroom located at __Daley Center__. The parties and their attorneys shall appear.

☐ 4253   ☐ 4215
F. For all referrals, except emergency intervention, the attorney for _____ shall contact the referred agency within 10 days of the entry of this order and transmit all appropriate pleadings with this order within 10 days of the entry of this order. All parties shall promptly and fully comply with the requirements of any referred agency.

Atty. Code. No. _____
Name: _____
Attorney for: _____
Address: _____
_____
City/State/Zip: _____
Telephone: _____
Fax: _____

ENTERED:

Dated: _____

_____
Judge                    Judge's No.

*If a party has not disclosed an address, that party shall designate an alternative address for the purpose of this notice.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION
PARENTAGE AND CHILD SUPPORT COURT

ERNESTO GODINEZ

Petitioner

Case No. 15-D 079272

v.

Calendar 97

KATHLYN CARDENAS

Respondent

Judge Maritza Martinez

JUN 29 2016

**Post Mediation Order**

Circuit Court – 2131

**THIS CASE** is before the court for mediation status. Petitioner ☒ is ☐ is not present. Respondent ☒ is ☐ is not present. The Court being fully advised in the premises,

**THE COURT FINDS:**

Petitioner and Respondent have notice of today's court date. The court ordered the parties to participate in mediation/Focus on the Children.

Based on the mediation report (only marked boxes apply):

☐ The parties failed to complete mediation because:

☒ The parties reached a [ ] full ☒ partial [ ] no agreement.

☐ Mediation did not occur.

**IT IS HEREBY ORDERED:**

☒ The parties' mediation agreement is attached, and incorporated as written, as an order of conduct.

☐ The parties' mediation agreement is incorporated herein as an order of court with the following modification/additions as agreed by the parties:

_____
_____
_____
_____

7701
4406
(10-5-16)
9:30
4241 P/O
4019 D

☐ Investigation(s)/ evaluation(s)/ child's representative/ FOCUS/ other:        is/are ordered separately.

☒ The case is continued to: Oct 5, 16 for status on counseling

☐ Petitioner and Respondent shall appear on the next court date. Failure to appear may result in a finding of contempt of court or an order striking his/her motion or orders for visitation/ custody.

☐ The case is off call.

☐ Petitioner/ Respondent shall mail a copy of this order to Petitioner/ Respondent by regular and certified mail to his/her last known address no later than_____ and bring proof of certified mail on the next court date.

Atty. No.: _____
Name: _____
Attorney for: _____
Address: _____
City/State/Zip: _____
Telephone: _____

ENTERED:

_____ 2131
Judge Maritza Martinez    Judge's No.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION
PARENTAGE AND CHILD SUPPORT COURT

ERNESTO GODINEZ

Petitioner

v.

KATHLYN CARDENAS

Respondent

Case No. 15-D 079272

Calendar 97

Judge Maritza Martinez

JUN 29 2016

Circuit Court – 2131

## Post Mediation Order

**THIS CASE** is before the court for mediation status. Petitioner ☒ is ☐ is not present.
Respondent ☒ is ☐ is not present. The Court being fully advised in the premises,

**THE COURT FINDS:**

Petitioner and Respondent have notice of today's court date. The court ordered the parties to participate in mediation/Focus on the Children.

Based on the mediation report (only marked boxes apply):

☐ The parties failed to complete mediation because:

☒ The parties reached a [ ] full ☒ partial [ ] no agreement.

☐ Mediation did not occur.

**IT IS HEREBY ORDERED:**

☒ The parties' mediation agreement is attached, and incorporated as written, as an order of conduct.

☐ The parties' mediation agreement is incorporated herein as an order of court with the following modification/additions as agreed by the parties:

_____
_____
_____
_____

7701
4406
(10-5-16)
9:30
4241 p/o
4019 D

☐ Investigation(s)/ evaluation(s)/ child's representative/ FOCUS/ other:      is/are ordered separately.

☒ The case is continued to: Oct 5, 16 for status on counseling

☐ Petitioner and Respondent shall appear on the next court date. Failure to appear may result in a finding of contempt of court or an order striking his/her motion or orders for visitation/ custody.

☐ The case is off call.

☐ Petitioner/ Respondent shall mail a copy of this order to Petitioner/ Respondent by regular and certified mail to his/her last known address no later than_____ and bring proof of certified mail on the next court date.

Atty. No.: _____
Name: _____
Attorney for: _____
Address: _____
City/State/Zip: _____
Telephone: _____

ENTERED:

_____ 2131
Judge Maritza Martinez     Judge's No.

3403 P

Number ___15D079272___ P

CERTIFICATE OF COMPLETION

CIRCUIT COURT OF COOK COUNTY

99500



FILED
2016 MAR 22 AM 9:01
CLERK OF THE CIRCUIT COURT
DOMESTIC RELATIONS
DOROTHY BROWN CLERK

This is to certify that ___ERNESTO GODINEZ___
has successfully completed Focus On Children, the Parenting Education Program
of the Circuit Court of Cook County's Domestic Relations Division.

Dated this ___21st___ day of ___MARCH 2016___

*Timothy C. Evans*
Timothy C. Evans
Chief Judge, Circuit Court of Cook County



# MARRIAGE AND FAMILY COUNSELING
## PARTIAL-TEMPORARY CO-PARENTSING AGREEMENT

**Family Name: Ernesto Godinez/ Kathlyn Cardenas (Parents)**
**Case # 15 D 079272**
**Date: 06/17/16**

I. **Purpose of This Agreement:**

   a. Parents agree that the primary focus of this document is to address the conciliation of their Co-Parenting relationship, to address the issues that can be resolved at this time regarding co-Parents communication, Parenting time and/or the resolution of future conflict.

   b. Parents agree that this agreement is not intended to be used and will not be used in any way for or against either of them regarding making determinations on any outstanding legal issues.

   c. Parents may discuss/review this agreement, any discrepancies and any outstanding legal issues with attorney(s) and/or the Court both before and on __June 29, 2016__ (Status Date).

II. **Support of Children's Mental/Emotional Health:**

   a. Parents agree they will continue to speak and conduct themselves in a manner that is supportive of healthy family relationships while in the presence of Aubrey.

   b. Parents agree they will continue to expect others in the physical environment of Aubrey to speak and conduct themselves in a manner that is supportive of healthy family relationships, while in the presence of Aubrey.

   c. Parents agree they will continue to refrain from talking negatively (verbally or electronically) about the Parents of Aubrey or any other family member in the presence of the Children or in any way that may affect the Children. Parents agree they will continue to expect others in the physical environment of Aubrey to do the same.

d. Parents agree they will continue to refrain from discussing (verbally or electronically) any issues now and in the future, related to any Parental conflict in the presence of or with Aubrey. Parents agree they will continue to expect others in the physical environment of Aubrey to do the same.

III. **Parental Communication/Social Services:**

a. Parents agree that they will continue to exchange and communicate information regarding the care of their Children on a regular and timely basis.

b. Communication: Parents will use "Parallel Parenting" techniques. Parents will use "Parallel Parenting" techniques in times of breakdown in communication or as needed to communicate with each other. The techniques of this parenting style are detailed in the FOCUS class/class textbook. Both Parents understand that Parallel Parenting is intended as a temporary solution to parental communication issues and disputes.

c. Parents will also utilize www.talkingparents.com as their primary method of communication, at this time.

d. **www.ProudtoParent.org online**: Parents may complete the free online workshop if they have not already done so. *Certificate of Completion may be tendered to the Court.*

e. **FOCUS class:** Both Parents will complete the FOCUS *Pre-Decree* class as offered by Cook County MFCS (in person /classroom). *Parents will tender Certificate of Completion to the Court.*

f. Parents agree that in order to assure a comfortable family environment, members of the family, including but not limited to the Children, may seek family counseling/therapy/support groups/mediation as needed.

g. If any disputes arise Parents agree to follow the Future Dispute Resolution clause of this agreement. If needed, Parents will seek assistance with determinations from legal counsel and finally if needed Court Order.

IV. **Regular Parenting Time (Temporary):** *See Undetermined Issues*

  a. <u>Parents agree Ernesto Godinez and Child will participate in Therapeutic Parenting Time sessions, at this time and temporarily.</u> Parents understand that therapeutic parenting time is similar to but, not the same as Supervised parenting time. A therapeutic parenting time includes a licensed therapist as the person supervising the parenting time. The therapist interacts with the family prior to, during, and after the parenting time to mend and heal the parent-child relationship. Guidance is given to the parent on bonding and nurturing techniques, child development, and typical child behaviors. Guidance is given to the child on communication. The parent and the child can then practice the new skills during the parenting time while the therapist provides guidance and feedback. The therapist may, but is not required to, submits progress reports and recommendations to the Court as requested. The therapy during the sessions helps to repair or prevent further damage to the child-parent relationship therefore supporting the child's development in general. The environment also provides structured mental health therapy designed to help accelerate the parent-child reunification process by addressing fundamental issues including but, not limited to, family communication.

  b. <u>Parents may use the following resource or others similar resources</u>: Mujeres Latinas en Acción, Maria Pesqueira, Executive Director, 1823 W. 17th Street, Chicago, IL 60608 (312) 226-1544

  c. If needed, Parents may seek Court Ordered assistance from the "*Court Facilitators*".

  d. If needed, Parents may return to Court Ordered Mediation at Family Mediation Services (requesting intake to be waved).

  e. If any disputes arise Parents agree to follow the Future Dispute Resolution clause of this agreement. If needed, Parents will seek assistance with determinations from legal counsel and finally if needed Court Order.

**V. Safety Concerns:** Parents agree that they are both willing to submit to a court ordered "Home Study" to be completed by the Office of Adoption and Child Custody Advocacy. <u>Parents will request a Court Order regarding this matter on the Status date of June 29, 2016.</u>

**VI. Future Dispute Resolution**

a. Should any dispute arise with this agreement, Parents will first attempt to resolve disputes regarding Aubrey between themselves.

b. <u>In the event that Parents are unable to resolve the dispute themselves without a breakdown in communication,</u> Parents will seek assistance with determinations from legal counsel and finally if needed Court Order.

**VII. Undetermined Issues**

a. <u>Parents have not agreed to a final resolution for the following issues and others:</u>

   i. **Finalization of Regular Parenting**

      1. Weekdays and weekends; Vacation Schedule/School Breaks;

      2. Vacation travel arrangements (travel accompaniment, travel age, international vs. domestic travel etc.);

   ii. **Right of First Refusal; Moving/Relocation notice and related matters**

   iii. **Any other matters required by the Court and/or Illinois Statute.**

b. Parents agree to determine a resolution for the above issues with the assistance of The Legal Counsel or to request that the Court determine a resolution.

c. Parents may seek assistance through the Court Facilitation Program or return to Court Ordered Mediation *if* the process would be of support or assistance and work to resolve undetermined issues if needed and/or after this temporary agreement has ended. *Family Mediation Services*, 69 W. Washington, Suite 1000, Phone: 312-603-1540. *Intake may be waived by Court Order if appropriate.*