UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERNESTO GODINEZ | No. 18 CR 278<br><br>Magistrate Judge JEFFREY T. GILBERT |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with forcible assault of federal agent engaged in official duties.

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

1

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                                                              Respectfully submitted,

                                                              JOHN R. LAUSCH, JR.
                                                              United States Attorney

                          By:    /s/ *Nicholas J. Eichenseer*
                                                              NICHOLAS J. EICHENSEER
                                                             Assistant U.S. Attorney
                                                             219 South Dearborn St., Rm. 500
                                                             Chicago, Illinois 60604
                                                             (312) 353-1412

Dated: May 22, 2018