# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                            Case No.: 1:18−cr−00278
                                                    Honorable Harry D. Leinenweber

Ernesto Godinez
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 22, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert as to Ernesto Godinez (1): The Government's Motion for Entry of Unopposed Protective Order Governing Discovery [26] is granted. Enter Protective Order. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.