UNITED STATES OF AMERICA
                              Plaintiff,
v.                                          Case No.: 1:18−cr−00278
                                            Honorable Harry D. Leinenweber
Ernesto Godinez
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 24, 2018:

MINUTE entry before the Honorable Jeffrey T. Gilbert as to Ernesto Godinez (1): Defendant's Unopposed Motion for Early Return of Rule 17(c) Subpoenas [30] is granted. The Government and Defendant are given leave to issue Rule 17(c) subpoenas with an early return. The motion hearing noticed for 5/31/18 is stricken with no appearance required. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.