Paul C Greene
Senior Forensic Engineer
ShotSpotter, Inc

**Expert Credentials**

I have been employed by ShotSpotter, Inc. since June 2007.  In my current position as Senior Forensic Engineer, I am responsible for forensic analysis of ShotSpotter incidents and technical/customer support.  I help to set policies and procedures for forensic analysis and reporting.  I am responsible for the technical training and supervision of the ShotSpotter Customer Support Team as well as assisting in curriculum development for training our customers.

In my time at ShotSpotter I have installed, operated, tested, and serviced every major software release of ShotSpotter software in the last 12 years.  I am familiar with the installation and operation of the sensor hardware, server and client software, networking, radio layer, and all other processes and techniques associated with ShotSpotter products.  I have significant experience in the use of firearms and have been involved in live-fire testing against domestic and international ShotSpotter systems for both research and development testing and system acceptance testing.  I have listened to, and have analyzed audio recordings of thousands of gunshot incidents recorded by over 100 ShotSpotter systems worldwide. As of this writing, I have prepared forensic analyses of over 1000 domestic and international shooting incidents and have delivered expert testimony in dozens of court cases (detailed list below).

**Education:**

    **Cochise College**                                      *Sierra Vista, AZ*
    Enrolled in Computer Science curriculum, 2013-2018.

    **Coleman College**                                     *San Diego, CA*
    Computer Electronics Technology (Computer Science), 1992-1993.

    **Marine Corps Engineer School**                        *MCB Camp Lejeune, NC*
    Electrician (1141), 1985.

**Relevant Employment:**

    **ShotSpotter, Inc.**                                   2007-Present   *Senior Forensic Engineer*
    I am currently a Senior Forensic Engineer at ShotSpotter.  I help to supervise the ShotSpotter Customer Support department at ShotSpotter, Inc. in Newark, CA.  As Senior Forensic Engineer, I develop and implement policies and procedures for forensic analysis, reporting, and archival of gunshot incident data.  I develop and publish training documentation for the ShotSpotter Customer Support team and am responsible for training other ShotSpotter Support Engineers to provide Forensic Services.  Additionally, I continue to provide incident audio/location analysis, forensic reporting, and expert testimony to ShotSpotter customers.

    **New Mexico Tech / Playas Training and Research Center(PTRC)** 2006-2007 *IT/C2 Manager*
    I managed the IT and Command/Control(C2) departments at PTRC.  I designed and implemented a fiber optic network backbone and installed facility wide wireless networks.  I designed, built, and managed the C2 systems for PTRC's training ranges. I worked with vendors to integrate multiple types of sensor systems into a common operating display system and installed analog and digital video and audio range instrumentation for monitoring and recording of customer training cycles.

    **Joint Operational Test Bed Systems / USJFCOM**        2004-2006 *Systems Integration Specialist*
    I designed, built, and maintained experimental command/control systems and network infrastructure to integrate multiple, disparate sensor technologies.  I researched and implemented many different sensor and networking technologies for real-time, analog to digital video conversion of imagery and other Common Operating Picture (COP) elements for transmission over low bandwidth tactical radio networks using off-the-shelf components.  I also designed and built the IT and command/control systems for the Joint Mission Support Module 2(JMSM2).

**Leadership Experience:**
    **United States Marine Corps**                                   1985-1992 *Sergeant*
    Active duty Marine from 1985 to 1992. During Desert Shield / Desert Storm, while assigned to 1st Combat Engineer Battalion, I led a squad of Marine engineers in designing, building and maintaining the electrical grid infrastructure of several forward operating bases as well as providing electrical generation support for the 1st Marine Division.

**Volunteer Service:**
    **Playas Fire District**                                       2006-2011 *Firefighter*
    From 2006 until 2011 I was active as a volunteer firefighter. I was trained in wildland and urban interface firefighting. I was also a licensed First Responder in the State of New Mexico.

**Expert Testimony:**

I have provided expert witness testimony in the following cases:

- Apr 2010, Alameda County, (Oakland) CA. People v Omar Ward.
- Oct 2010, Alameda County, (Oakland) CA. People v Johnson.
- April 2011, Contra Costa County (Richmond) CA. People v Bossett.
- Jul 2011, Beloit, WI, People v Mance.
- Sept 2011, Monroe County, NY. People v Brown.
- Oct 2011, Alameda County, (Oakland) CA. People v Barrientos.
- Nov 2011, St Louis, MO, People v Edward Roach, Kelly Frye hearing.
- Nov 2011, St Louis, MO, People v Edward Roach, trial.
- Feb 2012, Suffolk County, MA (Boston), Commonwealth v. Dwayne Moore & Eddie Washington.
- Mar 2012, Youngtown, OH. People v Kevin Agee.
- Jul 2012, Contra Costa County, CA (Richmond). People v. Carlos Francis and Markeith Miles.
- Aug 2012, Washington DC, US v Charles Coates.
- Oct 2012, Monroe County, NY. People v Jyquale James Thomas.
- Nov 2012, Suffolk County, MA (Boston), Commonwealth v. Dwayne Moore.
- Jan 2013, Douglas County, NE (Omaha), People v Thylun Hill, Daubert hearing.
- Feb 2013, Rocky Mount, NC, People v Sean White.
- Feb 2013, Palm Beach County, FL (Rivera Beach), People v Gary John Butler.
- Apr 2013, Douglas County, NE (Omaha), People v Thylun Hill trial.
- July 2013, Washington, DC. US v Delonte Smith.
- Sep 2013, Monroe County, NY, People v Charles Perkins.
- Jan 2014, San Mateo County, CA, Grand Jury.
- Jan 2014, Washington, DC, US v Charles Perkins.
- Feb 2014, Washington DC, US v Clinkscale/McCorkle.
- Apr 2014, San Francisco, CA, People v. Lemalie and Landers.
- Jul 2014, Glendale, AZ, People v Bryan Wayne Hulsey.
- Aug 2014, Washington, DC, US v Lamonte Perry.
- Sep 2014, Monroe County, NY, People v Esteben A. Maldonado.
- Nov 2014, Alameda County (Oakland), CA, People v Tabron.
- Nov 2014, Contra Costa County, CA, People v Donte Smith.
- Dec 2014, Washington, DC, US v Kevin Walker.
- Feb 2015, Monroe County, NY, People v McCullough/Howard.
- Mar 2015, South Bend, IN, People v Shyheem Jones.
- Apr 2015, South Bend, IN, People v Juwon Jones.
- Apr 2015, Monroe County, NY, People v Thomas Johnson.

- May 2015, Palm Beach County, FL (Riviera Beach), People v Deonte Roundtree.
- May 2015, Washington, DC, US v Donald Brooks.
- Jun 2015, San Francisco, CA, People v Stephan Joseph.
- Jun 2015, New Bedford, MA, Commonwealth v Jason Denison.
- July 2015, Washington, DC, US v Lamonte Perry.
- Aug 2015, Contra Costa County, CA, People v. Manivan/Vilayngeun/Bernard.
- Aug 2015, South Bend, IN, People v Isaiah Samelton.
- Sep 2015, Monroe County, NY, Grand Jury.
- Nov 2015, St Louis, MO, People v Stephant Hibler and Kurtis Watkins.
- Dec 2015, Monroe County, NY, People v Brian Baxter.
- Dec 2015, Nassau County, NY, People v Floyd McNeil.
- Feb 2016, South Bend, IN, People v Bryant L Jackson.
- Feb 2016, Omaha, NE, People v Hill
- Mar 2016, Alameda County (Oakland), CA, People v. Wallace and Carroll.
- Mar 2016, South Bend IN, People v Gabriel Williams.
- Mar 2016, San Francisco, CA, People v Norbert and Norbert, Prelim hearing.
- Mar 2016, Nassau County, NY, People v. Rahjon Morrow.
- May 2016, Rochester, NY, US v Angel Ocasio.
- May 2016, Monroe County, NY, People v Johnny Blackshell.
- Jun 2016, South Bend, IN, People v Michael Smith.
- Jun 2016, Rochester, NY, US v James Kendrick.
- Sep 2016, Fall River, MA, Commonwealth v Jeffery Souza.
- Oct 2016, Rochester, NY, US v Damion Colabattisto.
- Oct 2016, Monroe County, NY, People v Jalen Everett.
- Oct 2016, Monroe County, NY, People v Jonathan Ortiz.
- Nov 2016, Nassau County, NY, People v Elliot Fortune.
- Nov 2016, Alameda County (Oakland), CA, People v James Frank Bowen.
- Jan 2017, New York, NY, US v Jarrod Little.
- Jan 2017, Monroe County, NY, People v Michael Mathis.
- Jan 2017, San Mateo County, CA, People v. Antonio Sotello-Moreno.
- Jan 2017, Minneapolis, MN, People v Talia Brooks, Kelly Frye Hearing.
- Feb 2017, San Francisco, CA, People v Murad Zawaideh.
- Jun 2017, Miami Gardens, FL, People v Marcos Rivera.
- Jul 2017, San Francisco, CA, People v Michael Reed, Kelly Frye Hearing.
- Jul 2017, San Francisco, CA, People v Michael Reed, Trial.
- Jul 2017, Denver, CO, People v Hammock.
- Aug 2017, San Mateo County, CA, People v Jerry Coneal.
- Oct 2017, Commonwealth v Ortiz and Auch
- Oct 2017, Fresno, CA, People v. Rufus Robinson.
- Oct 2017, Monroe County, NY, People v Silvon Simmons.
- Oct 2017, Contra Costa County, CA, People v Todd Lamont Gillard.
- Jan 2018, Nassau County, NY, People v Darren Devane.
- Feb 2018, Sacramento, CA, People v Gutierrez and Quintero.
- Feb 2018, San Francisco, CA, People v Deshaun A. Kittles.
- Apr 2018, Sacramento, CA, People v Rickeoneico Williams.
- Apr 2018, Wilmington, DE, People v Kasheem Thomas.
- Apr 2018, East Palo Alto, CA, People v Tyrone Sostenes Love-Lopez.
- May 2018, New Bedford, MA, Commonwealth v Angel Acevedo.
- Oct 2018, Monroe County, NY, People v Terrence Lewis.
- Nov 2018, Sacramento, CA, People v Armani Lee.
- Nov 2018, San Mateo County, CA, People v Lionel Jericho McCoy, Jr.

- Jan 2019, Alameda County (Oakland), CA, People v Tavon Foster
- Jan 2019, New York County (Manhattan), NY, People v Donnell Matthews
- Feb 2019, Suffolk County (Revere), MA, Commonwealth v Juan Gaviria
- Mar 2019, Contra Costa County, CA, People v Luis Javier Morales