UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERNESTO GODINEZ | No. 18 CR 278<br><br>Judge Harry D. Leinenweber |

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S
MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, submits this supplemental response to the defendant's Motion to Supplement the Record on Appeal. Doc. 132.

The defendant has identified multiple exhibits with which he seeks to supplement the record on appeal. Doc. 132 at 1-2. On June 11, 2020, the government responded and provided a list of exhibits that that were properly admitted as evidence at trial. Doc. 136, Exh. A. The government inadvertently included five exhibits – GX304, GX305, GX306, GX307, and GX308 – on the filed list. *Id.* These exhibits were identified during trial by a witness during his testimony regarding summary exhibits admitted pursuant to FRE 1006, but the underlying voluminous records were not admitted and submitted to the jury.

The government respectfully requests that the Court supplement the record on appeal with the revised list of exhibits admitted as evidence at trial, as delineated herein in Exhibit A.

Dated: July 7, 2020                    Respectfully submitted,

                                                               JOHN R. LAUSCH, JR.
                                                               United States Attorney

By:    /s/ *Kavitha J. Babu*
          KAVITHA J. BABU
          NICHOLAS J. EICHENSEER
          Assistant U.S. Attorneys
          219 S. Dearborn St.
          Chicago, IL 60604
          (312) 353-5300